UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

J. BONAFEDE CO., INC.,

      Plaintiff-Appellant

VS.

SENORITA FRUIT CORPORATION,

      Defendant-Appellee

04-12334 RCL

## MOTION FOR LEAVE TO FILE CASH BOND

Now comes the Plaintiff-Appellant and moves this Court for leave to file funds with the Court sufficient to satisfy the requirements of 7 U.S.C. §499g(c), in the amount of $8,068.00 or such other amount as the Court may determine. Said statute provides in part that the appellant file

> ... with the clerk a bond in double the amount of the reparation awarded against the appellant conditioned upon the payment of the judgment entered by the court, plus interest and costs, including a reasonable attorney's fee for the appellee, if the appellee shall prevail. Such bond shall be in the form of cash....

J. BONAFEDE CO., INC.
By Their Attorneys
OSBORNE & VISCONTI

Andrew M. Osborne
20 Eastbrook Road
Dedham, MA 02026
781-326-9766
BBO#380455