UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE
2004 NOV -3 P 12: 50
DISTRICT OF MASS.

CIVIL ACTION NO.

J. BONAFEDE CO., INC.,

        Plaintiff-Appellant

VS.

**04-12334 RCL**

SENORITA FRUIT CORPORATION,

        Defendant-Appellee

NOTICE OF APPEAL

Now comes J. Bonafede Co., Inc. and appeals the Decision and Order of the Secretary of Agriculture dated October 4, 2004 in PACA Docket No. R-04-081.

J. BONAFEDE CO., INC.
By Their Attorneys
OSBORNE & VISCONTI

Andrew M. Osborne
20 Eastbrook Road
Dedham, MA 02026
781-326-9766
BBO#380455