UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-cv-12334

J. BONAFEDE CO., INC.,

               Plaintiff-Appellant

VS.


SENORITA FRUIT CORPORATION,

          Defendant-Appellee


AFFIDAVIT OF ANDREW M. OSBORNE
AS TO SERVICE OF PROCESS
ON SENORITA FRUIT CORPORATION

     I, Andrew M. Osborne, attorney for the within named Plaintiffs certify that I served a copy of the Complaint, Summons, Civil Action Cover Sheet and Notice of Appeal pursuant to Federal Rules of Civil Procedure Rule 4(h)(1), the Massachusetts Rule of Civil Procedure Rule 4(e) and G.L.M. c. 223A §6 by sending a copy of the same, postage prepaid, via certified mail, return receipt requested on November 3, 2004 addressed to the Defendant, Senorita Fruit Corporation.

     The records of the Secretary of State for New York indicate that Dennis Celebi is the president of Senorita Fruit Corporation which has an address of 42-15 214th Place, Bayside, New York 11361. See Exhibit 1 attached.

     The original summons is attached as Exhibit 2. A copy of the November 3, 2004 forwarding letter is attached hereto as Exhibit 3, together with the original U.S. Postal Service

certified mail receipts. Delivery was accepted, as appears on the receipts, at the street address of

the corporation, by Dennis Celebi, its president, on November 5, 2004.

Signed under the penalties of perjury on December 1, 2004.

> J. BONAFEDE CO., INC.
> By Their Attorneys
> OSBORNE & VISCONTI
>
> Andrew M. Osborne
> 20 Eastbrook Road
> Dedham, MA 02026
> 781-326-9766
> BBO#380455

# NYS Department of State
## Division of Corporations

## Entity Information

**Selected Entity Name:** SENORITA FRUIT CORP.

> **Current Entity Name:** SENORITA FRUIT CORP.
> **Initial DOS Filing Date:** FEBRUARY 25, 2002
> **County:** QUEENS
> **Jurisdiction:** NEW YORK
> **Entity Type:** DOMESTIC BUSINESS CORPORATION
> **Current Entity Status:** ACTIVE

**DOS Process** (Address to which DOS will mail process if accepted on behalf of the entity)
SENORITA FRUIT CORP.
42-15 214TH PLACE
BAYSIDE, NEW YORK 11361

**Chairman or Chief Executive Officer**
DENNIS CELEBI
42-15 214TH PLACE
BAYSIDE, NEW YORK 11361

**Principal Executive Office**
SENORITA FRUIT CORP.
42-15 214TH PLACE
BAYSIDE, NEW YORK 11361

**Registered Agent**
NONE

**NOTE:** New York State does not issue organizational identification numbers.

[ Search Results ] [ Search the Database ]

[ Division of Corporations, State Records and UCC Home Page ] [ NYS Department of State Home Page ]



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN                                   District of        MASSACHUSETTS

J. Bonafede Co., Inc.

**SUMMONS IN A CIVIL ACTION**

V.

Senorita Fruit Corporation

CASE NUMBER:

# 04-12334 RCL

TO: (Name and address of Defendant)

Senorita Fruit Corporation          Dennis Celebi, President
PO Box 610482                       Senorita Fruit Corporation
Bayside, NY   11361                 42-15 214th Place
                                     Bayside, NY   11361

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew M. Osborne, Esq.
Osborne & Visconti
20 Eastbrook Rd., Suite 304
Dedham, MA   02026

an answer to the complaint which is served on you with this summons, within __20__ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.



CLERK                                    DATE    11/3/2004

(By) DEPUTY CLERK

# OSBORNE & VISCONTI

*Counselors at Law*

Andrew M. Osborne
Anthony T. Visconti
David J. Fonte

20 Eastbrook Road, Suite 304
Dedham, Massachusetts 02026
Telephone: 781-326-9766
Facsimile: 781-326-4113

Of Counsel
Dana R. Roscoe

November 3, 2004

Dennis Celebi, President
Senorita Fruit Corporation
42-15 214th Place
Bayside, NY 11361

Certified Mail Return Receipt #
7003 1010 0004 2844 6428

Senorita Fruit Corporation
PO Box 610482
Bayside, NY 11361

Certified Mail Return Receipt #
7003 1010 0004 2844 6398

Re:    J. Bonafede Co., Inc.
Vs.    Senorita Fruit Corporation
       <u>U.S. District Court Docket # 04-12334 RCL</u>

Dear Sir/Madam:

Enclosed herein please find the following documents:

1.    Summons;
2.    Civil Cover Sheet;
3.    Complaint-Petition; and
4.    Notice of Appeal.

Very truly yours,

Andrew M. Osborne

AMO/emb
Enclosures



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com.

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 2.44 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.49 |

11/3/04
Postmark Here

Sent To  Dennis Celebi Pres
Street, Apt. No.; or PO Box No.  Senosita Fruit
City, State, ZIP+4  45-15 214th Place

PS Form 3800, June 2002          See Reverse for Instructions

7002 1010 0004 2844 6428

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com.

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 2.44 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.49 |

Postmark Here
11/3/04

Sent To  Senosita Fruit
Street, Apt. No.; or PO Box No.  PO Box 610183
City, State, ZIP+4  Bayside NY

PS Form 3800, June 2002          See Reverse for Instructions

7002 1010 0004 2844 6398

