UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-cv-12334

J. BONAFEDE CO., INC.,

        Plaintiff-Appellant

VS.

SENORITA FRUIT CORPORATION,

        Defendant-Appellee

MOTION FOR ENTRY OF DEFAULT, DEFAULT JUDGMENT
AND RETURN OF CASH BOND

Now comes the Plaintiff, J. Bonafede Co., Inc. ("Bonafede") and moves that this Court default the Defendant, Senorita Fruit Corporation ("Senorita") for failure to file a timely response after service of the summons and complaint, enter judgment for the Plaintiff and return the cash bond filed pursuant to 7 U.S.C. §499g(c). In support hereof, the Bonafede states as follows

1. On October 4, 2004 the United States Department of Agriculture made a reparation award in favor of Senorita against Bonafede. A timely appeal was duly filed in this Court by Bonafede on November 3, 2004.

2. The summons, complaint civil action cover sheet and notice of appeal were served pursuant to Federal Rules of Civil Procedure Rule 4(h)(1), the Massachusetts Rule of Civil Procedure Rule 4(e) and G.L.M. c. 223A §6 and received by the Senorita on November 5, 2004 as appears from the Affidavit of Service of Process submitted herewith.

1

3. Bonafede filed a cash bond in the amount of $8,068.00 on November 16, 2004 as required by law.

4. Senorita failed to file an answer or otherwise plead in response to the summons and complaint within the time provided by the Federal Rules of Civil Procedure.

5. For the purpose of entry of a default and default judgment only, Bonafede waives any claim for damages, interest and attorneys fees. In the event that a default and default judgment is not entered against Senorita, or, having entered, the default or default judgment is thereafter set aside, then the waiver of the claims for damages, interest and attorneys fees shall be deemed withdrawn.

WHEREFORE, Bonafede requests

1. Senorita be defaulted;

2. A default judgment annulling, vacating and setting aside the Decision and Order in PACA Docket No. R-04-081;

3. The Cash Bond in the amount of $8,068.00 be released and returned forthwith.

J. BONAFEDE CO., INC.
By Their Attorneys
OSBORNE & VISCONTI

Andrew M. Osborne
20 Eastbrook Road
Dedham, MA 02026
781-326-9766
BBO#380455