UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-cv-12334

J. BONAFEDE CO., INC.,

        Plaintiff-Appellant

VS.

SENORITA FRUIT CORPORATION,

        Defendant-Appellee

ORDER FOR ENTRY OF
JUDGMENT UPON DEFAULT

This action came before the Court on Plaintiff's Motion for Entry of Default, Default Judgment and Return of Cash Bond. It appearing that the Defendant Senorita Fruit Corporation has failed to file a timely answer or otherwise plead in response to the summons and complaint and the Plaintiff having for the purpose of the entry of a default and default judgment waived other claims for relief, it is hereby ORDERED

1. Senorita Fruit Corporation is hereby defaulted for failure to answers or otherwise plead in response to the complaint;

2. Judgment shall enter for the Plaintiff J. Bonafede Co., Inc. against Senorita Fruit Corporation annulling, vacating and setting aside the Decision and Order in PACA Docket No. R-04-081, which shall be of no further force or effect; and

1

3. The Cash Bond filed by J. Bonafede Co., Inc. in the amount of $8,068.00 is released and to be returned forthwith.

_____
Reginald C. Lindsay
District Court Judge