UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**J. BONAFEDE CO., INC.**

**V.**                                    **CIVIL ACTION NO. 04-12334-RCL**

**SENORITA FRUIT CORP.**

## NOTICE OF DEFAULT

Upon application of the plaintiff, **J. Bonafede Co., Inc.**, for order of Default for failure of the defendant, **Senorita Fruit Corp.** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 3rd day of January, 2005.

                                        TONY ANASTAS, CLERK

                                        By: /s/ Lisa M. Hourihan
January 3, 2005                              Deputy Clerk