# KREINCES & ROSENBERG, P.C.

900 MERCHANTS CONCOURSE
WESTBURY, NEW YORK 11590

LEONARD KREINCES
HOWARD S. ROSENBERG*

TEL (516) 227-6500
FAX (516) 227-6594

DONNA MURPHY
PARALEGAL

*ADMITTED TO PRACTICE
N.Y.,CT.

MARY CASCONE
PARALEGAL

February 2, 2005

**VIA FEDERAL EXPRESS
OVERNIGHT DELIVERY**

United States District Court
District of Massachusetts
1 Courthouse Way
Room 2-300
Boston, Massachusetts 02210

Att: Lisa Houlihan

    Re:    J. Bonafede Co., Inc. vs. Senorita Fruit Corporation
              Docket No.: 04-12334RCL

Dear Ms. Houlihan:

    Pursuant to our telephone conversation of today I would like to advise Chambers that I represent Senorita Fruit Corporation in the above-named matter.

    I should like this letter placed upon the docket sheet of this case in order to enter my appearance and to request an extension of time in which to answer or otherwise appear with respect to the complaint in this matter.

    I understand that Mr. Osborne, the attorney for the plaintiff is contacting Chambers along the same lines.

    Your courtesy and cooperation is appreciated.

Respectfully,

LEONARD KREINCES

LK/dm
cc: Osborne & Visconti (via fax)
      Att: Andrew M. Osborne, Esq.