UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-cv-12334

J. BONAFEDE CO., INC.,

      Plaintiff-Appellant

VS.

SENORITA FRUIT CORPORATION,

      Defendant-Appellee

JOINT MOTION FOR ENTRY OF JUDGMENT
AND RETURN OF CASH BOND

Now come the Plaintiff, J. Bonafede Co., Inc. ("Bonafede") and the Defendant, Senorita Fruit Corporation and together move that this Court make the following entries:

1. Judgment shall enter for the Plaintiff J. Bonafede Co., Inc. against the Defendant, Senorita Fruit Corporation providing that the Decision and Order in PACA Docket No. R-04-081 is annulled, set aside and of no further force and effect;

2. The cash bond filed in the amount of $8,068.00 on November 16, 2004 pursuant to 7 U.S.C. §499g(c) is to be released forthwith and returned to J. Bonafede Co., Inc.; and

3. Neither party is to have costs.

In support of this motion the parties represent:

1. On October 4, 2004 the United States Department of Agriculture made a reparation award

1

      in favor of Senorita against Bonafede. A timely appeal was duly filed in this Court by Bonafede on November 3, 2004.

2.     The summons, complaint civil action cover sheet and notice of appeal were served pursuant to Federal Rules of Civil Procedure Rule 4(h)(1), the Massachusetts Rule of Civil Procedure Rule 4(e) and G.L.M. c. 223A §6 and received by the Senorita on November 5, 2004 as appears from the Affidavit of Service of Process submitted herewith.

3.     Bonafede filed a cash bond in the amount of $8,068.00 on November 16, 2004 as required by law.

4.     Senorita failed to file an answer or otherwise plead in response to the summons and complaint within the time provided by the Federal Rules of Civil Procedure.

5.     The parties have since, each with the assistance of counsel, reached an agreement to resolve their differences, with respect to which the judgment is an integral part.

|  |  |
|---|---|
| J. BONAFEDE CO., INC. | SENORITA FRUIT CORPORATION |
| By Its Attorneys | By Its Attorneys |
| OSBORNE & VISCONTI | KREINCES & ROSENBERG, P.C. |
| | |
| /s/Andrew M. Osborne | /s/ Leonard Kreinces |
| Andrew M. Osborne | Leonard Kreinces-Admitted in New York only |
| 20 Eastbrook Road | 900 Merchants Concourse |
| Dedham, MA 02026 | Westbury, NY 11990 |
| 781-326-9766 | 516-227-6500 |
| BBO#380455 | |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-cv-12334

J. BONAFEDE CO., INC.,

    Plaintiff-Appellant

VS.

SENORITA FRUIT CORPORATION,

    Defendant-Appellee

ORDER FOR MOTION ENTRY OF
JUDGMENT AND RETURN OF CASH BOND

This action came before the Court on A Joint Motion for Entry Judgment and Return of Cash Bond. It appearing that the parties have resolved their differences it is hereby ORDERED

1. Judgment for the Plaintiff J. Bonafede Co., Inc. against the Defendant, Senorita Fruit Corporation providing that the Decision and Order in PACA Docket No. R-04-081 is annulled, set aside and of no further force and effect;

2. The cash bond filed in the amount of $8,068.00 on November 16, 2004 pursuant to 7 U.S.C. §499g(c) is to be released forthwith and returned to J. Bonafede Co., Inc.; and

3. Neither party is to have costs.

                                                                          Reginald C. Lindsay
                                                                          District Court Judge