UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-cv-12334

J. BONAFEDE CO., INC.,

   Plaintiff-Appellant

VS.

SENORITA FRUIT CORPORATION,

   Defendant-Appellee

ORDER FOR MOTION ENTRY OF
JUDGMENT AND RETURN OF CASH BOND

  This action came before the Court on A Joint Motion for Entry Judgment and Return of Cash Bond. It appearing that the parties have resolved their differences it is hereby ORDERED

1. Judgment for the Plaintiff J. Bonafede Co., Inc. against the Defendant, Senorita Fruit Corporation providing that the Decision and Order in PACA Docket No. R-04-081 is annulled, set aside and of no further force and effect;

2. The cash bond filed in the amount of $8,068.00 on November 16, 2004 pursuant to 7 U.S.C. §499g(c) is to be released forthwith and returned to J. Bonafede Co., Inc.; and

3. Neither party is to have costs.

Reginald C. Lindsay
District Court Judge
3/14/05

1